IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 10-2247 |
| THE BERRCO GROUP, LLC, an Illinois limited liability company, | ) ) ) ) | JUDGE MICHAEL P. MCCUSKEY |
| Defendant. | ) | |

## NOTICE OF FILING

TO: Ms. Tambra K. Cain
Barrett, Tomey, Broom, Huges & Hoke, LLP
100 North Illinois Avenue
Carbondale, IL  62902

YOU ARE HEREBY NOTIFIED that on Thursday, the 19th day of January 2012, counsel for the Plaintiffs, TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS, filed with the Clerk of the United States District Court for the Central District of Illinois, Urbana/Danville Division, Plaintiffs' Motion to Reopen Case for the Limited Purpose of Enforcing the Terms of a Consent Decree and Entering Judgment Against Defendant. A copy of said motion is hereby served upon you.

/s/   Patrick N. Ryan

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that on or before the hour of <u>5:00 p.m.</u>, this <u>19th</u> day of <u>January 2012</u>, he electronically filed the foregoing document (Notice of Filing) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

        Ms. Tambra K. Cain
        Barrett, Tomey, Broom, Huges & Hoke, LLP
        100 North Illinois Avenue
        Carbondale, IL   62902
        TCain@btbhh.com


        /s/   Patrick N. Ryan



        Patrick N. Ryan
        Attorney for Plaintiffs
        BAUM SIGMAN AUERBACH &  NEUMAN,
           LTD.
        200 West Adams Street, Suite 2200
        Chicago, IL  60606-5231
        Bar No.: 6278364
        Telephone: (312) 236-4316
        Facsimile: (312) 236-0241
        E-Mail: pryan@baumsigman.com

I:\CIW\Berrco Group\notice of filing.pnr.df.wpd